No. D–1792. IN RE DISBARMENT OF SANDS. Henry William Sands, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1793. IN RE DISBARMENT OF BOEHME. Harry Boehme, Jr., of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1794. IN RE DISBARMENT OF ECHOLS. Hugh T. Echols, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1796. IN RE DISBARMENT OF HAMILTON. Jim D. Hamilton, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–67. WILLIAMS v. BORG & WARNER AUTOMOTIVE ELECTRONICS & MECHANICAL SYSTEMS CORP.;

No. M–68. BABIGIAN v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL.; and

No. M–69. ROWLS v. RUNYON, POSTMASTER GENERAL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–728. WARNER-JENKINSON CO., INC. v. HILTON DAVIS CHEMICAL CO., ante, p. 17. In this case, the parties shall bear their own costs.